IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
Scott N. Johnson,                )
                                 )   2:10-cv-02338-GEB-EFB
          Plaintiff,             )
                                 )   ORDER CONTINUING STATUS
     v.                          )   (PRETRIAL SCHEDULING)
                                 )   CONFERENCE
BRE-FMCA, LLC, a Delaware        )
limited liability company,       )
                                 )
          Defendant.             )
_____
```

Plaintiff states in his Status Report filed on January 17, 2011: "Defendant[ was] served and [was] granted an extension until, November 26, 2010 to respond to Plaintiff's complaint. As of today's date, [this Defendant has] not filed an answer. A Request for Clerk's Entry of Default has been filed against the Defendant[]." (ECF No. 10, 2:12-17.)

Plaintiff shall file a motion for entry of default judgment before the Magistrate Judge within thirty (30) days of the date on which this Order is filed. If Plaintiff fails to timely file the motion, Plaintiff shall show cause in filing due no later than 4:00 p.m. on March 4, 2011, why this action should not be dismissed for failure of prosecution.

Further, the status conference scheduled for January 31, 2011, is continued to commence at 9:00 a.m. on June 27, 2011. A status report shall be filed fourteen (14) days prior to the status conference in

1

1  which Plaintiff is required to explain the status of the default
2  proceedings.
3       IT IS SO ORDERED.
4  Dated: January 25, 2011

6       _____
        GARLAND E. BURRELL, JR.
7       United States District Judge